IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02618-WYD-BNB

KIRMUSS & ASSOCIATES, a sole proprietorship; and
INFINITY GEAR, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PREMIER COMMUNICATIONS CORPORATION, d/b/a Pryme, a California corporation;
GISTEQ CORPORATION, a California corporation; and
HENRY LIOU, an individual,

    Defendants.

## ORDER

Plaintiff filed a Motion for Preliminary Injunction on December 2, 2008. After a careful review of this pleading and the Complaint, it is

ORDERED that a hearing on the Plaintiff's Motion for Preliminary Injunction is set for a half-day hearing on **Monday, January 26, 2009 at 9:00,** 901 19th St, Denver, Colorado, Courtroom - A1002. It is

FURTHER ORDERED that service of all pleadings in this case, including this Order, shall be accomplished on the defendants by **Monday, December 15, 2008.** Defendants shall file a response to the Motion by **Wednesday, December 31, 2008**. Plaintiff shall file a reply by **Thursday, January 15, 2009.**

Dated: December 12, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge