# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02618-WYD

KIRMUSS & ASSOCIATES, a sole proprietorship, and
INFINITY GEAR, LLC, a Colorado limited liability company,

        Plaintiffs,

vs.

PREMIER COMMUNICATIONS CORPORATION d/b/a Pryme, a California corporation,
GISTEQ CORPORATION, a California corporation, and
HENRY LIOU, an individual,

        Defendants.

## ORDER GRANTING MOTION TO COMPEL

This matter comes before the Court on Defendants Expedited and Unopposed Motion to Compel ("Motion"). The Court, having considered the Motion, reviewed its file and being otherwise fully advised in the premises:

ORDERS that Defendant's Motion is GRANTED. Plaintiffs shall immediately provide Defendants' counsel with full, unredacted copies of those agreements alleged in Plaintiffs' Complaint and dated June 19, 2008 and September 15, 2008 (the "Agreements"). Upon receipt, Defendants' counsel shall keep the previously undisclosed portions of the Agreements confidential and shall not allow the Agreements to be disseminated to or reviewed by anyone except Defendants' outside counsel (Davis & Ceriani, P.C. and Oswald & Yap, LLP and the attorneys and staff employed by those respective firms). If Defendants' counsel believes that any portion of the previously unproduced Agreements should not be accorded confidential or attorney's eyes only treatment, Defendants may file a written objection to such treatment, identifying the portion(s) of the Agreements Defendants do not believe are confidential and/or do not believe require attorneys eyes only treatment. Plaintiffs shall then have 10 calendar days from the filing of Defendants written objection (not to be extended by application of F.R.C.P. 6) within which to file a motion for protective order. If no such motion is filed, the confidential/attorney's eyes only protection accorded to the Agreements shall be waived. If a motion for protective order is timely filed, all portions of the Agreement subject to the motion for protective order shall retain their attorney's eyes only/confidential nature until such time as the motion for protective order is ruled upon by the Court.

{00193834.DOC; 1}

DATED this 31st day of December, 2008.

~~United States District Court Judge~~

**BOYD N. BOLAND**
**United States Magistrate Judge**

{00193834.DOC; 1}