IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-02618-WYD-BNB

KIRMUSS & ASSOCIATES, a sole proprietorship; and
INFINITY GEAR, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PREMIER COMMUNICATIONS CORPORATION, d/b/a Pryme, a California corporation;
GISTEQ CORPORATION, a California corporation; and
HENRY LIOU, an individual,

    Defendants.

## ORDER

THIS MATTER is before the Court on Defendants' Unopposed Motion to Vacate January 26, 2009 Hearing and Stay Further Proceeding, filed January 7, 2009 (docket #27). The Court, having reviewed the motion, its file, and being fully advised in the premises, it is hereby

ORDERED that Defendants' Unopposed Motion to Vacate January 26, 2009 Hearing and Stay Further Proceeding, filed January 7, 2009 (docket #27) is **GRANTED**. It is

FURTHER ORDERED that when the Parties' agreement in principle has been reduced to writing and executed, the Parties shall file with Court a stipulated motion to dismiss the above captioned proceeding. It is

FURTHER ORDERED that in the event that the Parties encounter irreconcilable differences in the course of formalizing their agreement, the Parties shall notify the Court of the same if the resumption of proceeding is necessary. It is

FURTHER ORDERED that the parties shall file either a stipulated motion to dismiss or such notice or a status report on or before Friday, February 27, 2009. It is

FURTHER ORDERED that the January 26, 2009 hearing set at 9:00 a.m. is **VACATED**.

Dated: January 14, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge